

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN WATERS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-0200** |
| **JO ANN B. BARNHART COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION "N" (3)** |

## O R D E R

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the absence of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is DENIED, the Plaintiff's Motion for Summary Judgment is GRANTED and thus, the Commissioner's decision is VACATED and the case REMANDED for further proceeding consistent with this Court's opinion.

New Orleans, Louisiana, this 25th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____