FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -4  AM 7: 49

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CALVIN WATERS**                                    **CIVIL ACTION**

**VERSUS**                                              **NO. 05-0200**

**JO ANNE B. BARNHART**                          **SECTION "N" (3)**
**COMMISSIONER OF SOCIAL SECURITY**
**ADMINISTRATION**

### O R D E R

The Court, after considering plaintiff's application for attorney's fees, the record, the

applicable law, the Magistrate Judge's Report and Recommendation, and the defendant's failure to

file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the

Findings and Recommendation and adopts it as its opinion.   Accordingly,

**IT IS ORDERED** that plaintiff's application for attorney's fees [Rec. Doc. No. 21] is

GRANTED in the total amount of three thousand seven hundred eighty-one dollars and twenty

five cents (**$3,781.25**).

New Orleans, Louisiana, this 3rd day October , 2006.

_____
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____